**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

VICTORIA L. STOWE,                                              *
                                                               *
                Plaintiff,                              *
                                                               *
v.                                                             *
                                                               *      No. 1:12CV00111-JJV
                                                               *
CAROLYN W. COLVIN, Acting                                      *
Commissioner, Social Security                                  *
Administration,                                                *
                                                               *
                Defendant.                              *

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 11th day of March, 2014.

_____

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1